UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO.   3:08mj346/MD

NATHAN M. SMITH

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   March 25, 2009
Type of Motion/Pleading: Motion for Order of Dismissal
Filed by: USA   on 3/25/09   Document   15
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                            on _____ Doc.# _____
                            on _____ Doc.# _____
                            WILLIAM M. McCOOL, CLERK OF COURT
                            Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   25TH   day of March, 2009, that:

(a)   The requested relief is GRANTED.
(b)   _____

_____
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: 3/25/09   By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: Harper Lockhart

Document No.